U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

APR 2 9 2009

ROBERT H. SHEMWELL, CLERK
BY _____
         DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | |
|---|---|
| RAGAN MAYO<br>    La. DOC #104976 | CIVIL ACTION NO. 08-1446<br>SECTION P |
| VS. | JUDGE TRIMBLE |
| WARDEN BURL CAIN | MAGISTRATE JUDGE KAY |

### J U D G M E N T

For the reasons stated in the Report and Recommendation and the Supplemental Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for *habeas corpus* should be **DENIED AND DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 29th day of April, 2009.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE