UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| RAGAN MAYO | CIVIL ACTION NO. 2:08CV1446 |
| VERSUS | JUDGE TRIMBLE |
| WARDEN, LSP | MAGISTRATE JUDGE KAY |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

___ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

✓ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at _Alexandria_, Louisiana, this _4th_ Day of _June_, 2009.

_____
James T. Trimble, Jr.
UNITED STATES DISTRICT JUDGE